## UNITED STATES v. MUNN.
### No. 9095.

Circuit Court of Appeals, Fifth Circuit.

July 15, 1939.

Thomas E. Walsh, Atty., Department of Justice, of Washington, D. C., and T. Hoyt Davis, U. S. Atty., and H. G. Rawls, Asst. U. S. Atty., both of Macon, Ga., for appellant.

J. Hubert Farmer, of Dothan, Ala., for appellee.

Before SIBLEY, HUTCHESON, and McCORD, Circuit Judges.

PER CURIAM.

There was substantial evidence, which the jury might believe in preference to that contradictory of it, tending to show total permanent disability while the policy was in force. There was no error in refusing to direct a verdict otherwise.

Affirmed.